UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | INJUNCTIVE RELIEF SOUGHT |
| ) | |
| vs. ) | Case No. 17-cv-08099 |
| ) | |
| ) | Judge Dow |
| COURTYARD MANAGEMENT ) | |
| CORPORATION d/b/a Courtyard Chicago ) | Magistrate Judge Cole |
| Downtown/River North ) | |
| Defendant. ) | |
| ) | |

**STIPULATION TO VOLUNTARY DISMISS PURSUANT TO FED.R.CIV.P. 41(A)**

Pursuant to FED. R. CIV. P. 41(a)(1), the Plaintiff, Howard Cohan and the Defendant Courtyard Management Corporation d/b/a Courtyard Chicago Downtown/River North hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | COURTYARD MANAGEMENT CORPORATION D/B/A COURTYARD CHICAGO DOWNTOWN/RIVER NORTH |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s/ *Kara M. Maciel* |
| Counsel for Plaintiff | Counsel for Defendant |
| Marshall J. Burt, Esq. | Kara M. Maciel, Esq. |
| The Burt Law Group, Ltd. | Conn Maciel Carey, LLP |
| 77 W. Washington, Ste 1300 | 5335 Wisconsin Ave, NW, Suite 660 |
| Chicago, IL 60602 | Washington, DC 20015 |
| 312-419-1999 | (202) 909-2730 |
| Marshall@mjburtlaw.com | kmaciel@connmaciel.com |

1